May 11, 2020

D. Michael Clower (Florida Bar #233617)
Attorney at Law
224 South Beach Street
Daytona Beach, Florida 32114


Mr. Clower:

I am writing this letter of demand regarding your professional malpractice as stated in the July 5, 2018 written order by Circuit Judge, Margaret W. Hudson of the 7th Judicial Circuit in Volusia County Fl. The case of reference is 2018 11957 PRDL, the decedent being Addison Woollen McNairy. I am requesting the name of your professional responsibility carrier with the associated limits of liability for which you are insured. My position is the negligence and "shortcuts" attributed you by the court denied me standing to contest a subsequent Testamentary Will and Trust allegedly drafted at the direction of the decedent Addison Woollen McNairy on July 6, 2018, six weeks prior to his death. I am entitled compensation for your negligence and failure to properly execute Mr. McNairy's original Will of May 4, 2007, which states I am the sole heir to his estate should his lifelong companion, my mother, Nelegene Morgan precede him in death.

Should you decline to respond to this letter of demand within 30 days of its draft date. I will initiate appropriate remedies to recoup my significant financial losses I have suffered due to your negligence in this matter.


Sincerely,

Dr. Steven Chauncy Ed. D
616-337-3034
chauncys60@gmail.com