# EXHIBIT A

# LAST WILL AND TESTAMENT
# OF
# ADDISON WOOLLEN McNAIRY

I, ADDISON WOOLLEN McNAIRY, a resident of Volusia County, Florida, being of sound and disposing mind and memory, do hereby make, publish and declare this to be my Last Will and Testament, thereby revoking all other Wills and Codicils thereto heretofore made by me.

FIRST: I direct that all my just debts and funeral expenses be paid out of my estate as soon after my death as is practicable.

SECOND: I hereby give, devise and bequeath to my friend, LOUISE DRINNAN, my 1964 38 foot Pacemaker motor yacht marine vessel, named "Gondola III", VIN-HIN FLZH05271664.

THIRD: I hereby give, devise and bequeath all the remainder of my estate, real, personal and mixed, wheresoever situate, of which I may die seized or possessed, or to which I may be entitled, I give, devise and bequeath all to my loving friend, NELEGENE MORGAN, or should she fail to survive me or die simultaneous with me, then and in that event, I give, devise and bequeath all of the residual of my estate, real, personal and mixed, wheresoever situate, of which I may die seized or possessed, or to which I may be entitled, to the surviving lawful heirs of NELEGENE MORGAN, in equal shares, to share and share alike.

FOURTH: I hereby nominate, constitute and appoint NELEGENE MORGAN, as Personal Representative of this my Last Will and Testament. In the event NELEGENE MORGAN shall predecease me, resign, be disqualified, refuse or be unable to act hereunder, I nominate, constitute and appoint my friend, RAY COLEY, as First Alternate Personal



Representative of this my Last Will and Testament, without requiring any bond as such Personal Representative.

FIFTH: I hereby give and grant to my Personal Representative and Alternate Personal Representative herein named, full power and authority to sell, lease or mortgage any real or personal property of which I may die seized or which may come into my estate during the administration thereof, at such prices and on such terms as they may deem prudent, without Order of Court, and I hereby authorize my Personal Representative and Alternate Personal Representative to compromise any claims owing to or by my estate and to carry in their own names or the names of their nominees, all securities owned by me at the time of my death or which may come into my estate during the administration thereof.

EXECUTED at Daytona Beach, Florida this __4__ day of __MAY__ 2007.

_____
Addison Woollen McNairy, Testator

This instrument was signed, sealed, published and declared by the Testator as his will and in our joint presence and at his request we have signed our names as attesting witnesses in his presence and in the presence of each other this __4TH__ day of __May__, 2007.

| NAME | ADDRESS |
|---|---|
| Michael C. Main | 721 S. Beach St., Daytona Beach, FL |
| Robert V. Weber | 234 Oak Drive, Ormond Beach, Fla |

STATE OF FLORIDA
COUNTY OF VOLUSIA

We, ADDISON WOOLLEN McNAIRY, Michael C. Main and Robert Weber, the Testator and the witnesses respectively, whose names are signed to the foregoing instrument, having been sworn, declared to the undersigned officer that the Testator in the presence of witnesses, signed the instrument as his Last Will, that he signed and that each of the witnesses signed in the presence of the Testator and in the presence of each other, signed the Will as a witness.

_A. W. McNairy_
TESTATOR

_[signature]_
WITNESS

_Michael C. Main_
WITNESS

Sworn to and Subscribed before me by ADDISON WOOLLEN McNAIRY, the Testator, and by Michael C. Main and Robert Weber, the Witnesses, this 4TH day of May, 2007.

[Notary Seal: D. M. Glover, Notary Public - State of Florida, My Commission Expires Feb 6, 2009, Commission # DD 394127, Bonded By National Notary Assn.]

_D. M. Glover_
NOTARY PUBLIC, State of Florida