---------- Forwarded message ----------
From: **Steve Chauncy** <chauncys60@gmail.com>
Date: Mon, Dec 14, 2020 at 2:46 PM
Subject: Discovery
To: Michael Clower <clowerpa@outlook.com>


12-14-20

Attorney Clower,

In regards, to the limited answers provided on the initial discovery interrogatories submitted for your response on October 12, 2020 (Reference Case:6:20cv-1288-Orl-78EJK, I will once again attempt to attain clear and specific responses by requesting appropriate answers.

Furthermore, I should not have to remind you the country is in turmoil with the Covid pandemic. Therefore, I am requesting you produce the documents specifically outlined in the discovery document forwarded to you in this matter. I will reimburse you for any reasonable copying and postage expense.

Should you choose not to honor this request within ten (10) business days from the date of this correspondence, I will be left with no other option but to submit a motion to the court to compel your compliance.

CSC

chauncys60@gmail.com
2620 Bluefield Ave
Nashville, TN. 37214