

Dr. Steven Chauncy
2620 Bluefield Ave.
Nashville, TN 37214



NASHVILLE TN 370

19 JAN 2021 PM 7 L

Deputy Clerk
Florida Middle District Court
United States Courthouse
401 W. Central Blvd. Suite 1200
Orlando, Florida
32801

32801-012000